# EXHIBIT 1

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

ANDRÉS OSWALDO BOLLAT VASQUEZ, et al.,

                Plaintiffs,

v.

CHAD F. WOLF, et al.,

                Defendants.

No. 20-cv-10566-IT

## **AFFIDAVIT OF ANDRES OSWALDO BOLLAT VASQUEZ**

1. My name is Andres Oswaldo Bollat Vasquez. I am married to Luisa Marisol Vasquez Perez de Bollat, and we have a five-year-old son. I am currently living in Massachusetts and seeking asylum in the United States after fleeing Guatemala in 2016.

2. I fled Guatemala after my life was repeatedly threatened. Shortly before my son was born, the threats escalated, and on one occasion, my family and I were shot at. I knew that I had to leave Guatemala because it was no longer safe for me to remain.

3. When I fled, I had to leave behind my wife and our then-one-year-old son. After being apprehended by U.S. Customs and Border Protection, I demonstrated that I had a credible fear of persecution in Guatemala and was allowed to remain in the U.S. while I await a final merits hearing on my asylum claim. The hearing is scheduled for June 2020.

4. After I left Guatemala, my wife began to receive threats as well. She received so many and such violent threats that in 2018, she was hospitalized for a week with severe trauma, depression, and anxiety. The people targeting my family started to threaten that they would attack my mother-in-law's business or even kidnap our son. Because of these threats, my wife and our son fled the country in 2019.

5. They were apprehended crossing the border and eventually sent to Matamoros, Mexico, where they had never been before and where they knew nobody. She and my son, who was four years old at this point, planned to sleep on a sidewalk. I tried to call around for hotels in Matamoros where they could stay, but I was told the hotels would not take migrants like my wife and son. I eventually contacted a friend of mine living in Sinaloa, Mexico, and he drove more than 15 hours across the country to pick them up and take them to his home in Sinaloa.

6. During my conversations with my wife and son while they were in Sinaloa, I have heard gun shots in the background, and I know they are not safe in Mexico. My son also hears the gunshots and often asks me what to do. It agonizes me so much that I am unable to do almost anything to secure my family's safety. All I have been able to do so far is arrange for drivers to transport them to Matamoros when they are required to go there for

      immigration proceedings. Arranging for this transportation is extremely expensive for me.

7. This situation has left me inconsolable and devastated because I cannot be with my family or support them as it is my responsibility to do as a father and as a husband. It affects me every day and keeps me awake through many sleepless nights worrying about how my family is doing and when they are going to be safe again.

8. I spend most of my money trying to care for my wife and son. The financial and emotional burdens have been very heavy, and I worry even more about their health in the face of coronavirus. I pray and hope that my wife and son can join me in the United States soon so that we can be together and I can care for them while we await the opportunity to seek asylum and safety here in the United States and away from the dangers in Guatemala.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on April 6, 2020.

_____
Andres Oswaldo Bollat Vasquez

## TRANSLATION AFFIDAVIT

I certify that I am fluent in Spanish and English, and that I read this declaration to Andres Oswaldo Bollat Vasquez in Spanish.

_____    04/06/2020_____
Ricardo Bonilla              Date