UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANDRÉS OSWALDO BOLLAT VASQUEZ, et al., | |
| Plaintiffs, | |
| v. | C.A. No. 20-cv-10566-IT |
| ALEJANDRO MAYORKAS, et al. | |
| Defendants. | |

## NOTICE OF APPEARANCE

Please enter the appearance of Meaghan Luster of Fish & Richardson P.C. for Plaintiffs Andrés Oswaldo Bollat Vasquez, et al. in the above-captioned matter.

Dated: January 10, 2022                    Respectfully submitted,

                                           /s/ Meaghan Luster
                                           Meaghan Luster (BBO #707977)
                                           Fish & Richardson P.C.
                                           One Marina Park Drive
                                           Boston, MA 02210
                                           (617) 368-2125
                                           luster@fr.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2022 this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: January 10, 2022                    /s/ Meaghan Luster
                                           Meaghan Luster