UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANDRÉS OSWALDO BOLLAT VASQUEZ, et al.<br><br>Plaintiffs,<br><br>v.<br><br>ALEJANDRO MAYORKAS, *Secretary of Homeland Security, et al.,*<br><br>Defendants. | C.A. No. 1:20-10566-IT |

**FOURTEENTH JOINT MOTION TO CONTINUE STATUS CONFERENCE**

Defendants Alejandro Mayorkas, Secretary, U.S. Department of Homeland Security, et al., by their attorney, Joshua S. Levy, Acting United States Attorney for the District of Massachusetts, and Plaintiffs Andres Bollat Vasquez, et al., by their attorneys, respectfully move the Court to continue the status conference scheduled for June 20, 2023, by an additional 30 days, to a date and time convenient for the Court on or after July 24, 2023.  Counsel for the for the parties anticipate having a final settlement agreement very soon.  This motion for an extension of time is being filed with the utmost respect for the Court's time and is not being filed on the part of counsel for both parties to continue this matter unnecessarily.  As a result, the parties are confident that this will be the final request for an extension of time.

WHEREFORE, the parties respectfully request that the Court continue the status conference scheduled for June 20, 2023, by an additional 30 days, to a date and time convenient for the Court on or after July 24, 2023.

| | |
|---|---|
| ANDRÉS OSWALDO BOLLAT VASQUEZ, et al.,<br><br>By Their Attorneys,<br><br>/s/ *Adriana Lafaille*[1]<br>Adriana Lafaille (BBO #680210)<br>American Civil Liberties Union<br>Foundation of Massachusetts, Inc.<br>211 Congress Street<br>Boston, MA 02110<br>(617) 482-3170<br>alafaille@aclum.org | Respectfully submitted,<br><br>JOSHUA S. LEVY<br>Acting United States Attorney<br><br>By:<br>/s/ *Rayford A. Farquhar*<br>Rayford A. Farquhar<br>Assistant United States Attorney<br>United States Attorney's Office<br>John J. Moakley U.S. Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210<br>(617) 748-3100<br>Rayford.Farquhar@usdoj.gov |

Adam J. Kessel (BBO #661311)
Fish & Richardson P.C.
ONE Marina Park Drive
Boston, MA 02110
(617) 368-2180
kessel@fr.com

Kenton W. Freeman, Jr. (BBO #690911)
Bobby Hampton (BBO #703472)
Fish & Richardson P.C.
1000 Maine Avenue SW
Washington, DC 20024
 (202) 626-6427

---

[1] Signed with consent given by email on June 16, 2023.