UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANDRÉS OSWALDO BOLLAT VASQUEZ, et al.<br><br>Plaintiffs,<br><br>v.<br><br>ALEJANDRO MAYORKAS, *Secretary of Homeland Security, et al.,*<br><br>Defendants. | C.A. No. 1:20-10566-IT |

**FIFTEENTH JOINT MOTION TO CONTINUE STATUS CONFERENCE**

Defendants Alejandro Mayorkas, Secretary, U.S. Department of Homeland Security, et al., by their attorney, Joshua S. Levy, Acting United States Attorney for the District of Massachusetts, and Plaintiffs Andres Bollat Vasquez, et al. (the "Parties"), by their attorneys, respectfully request that the Court cancel the status conference scheduled for Monday, July 24, 2023 at 2:15 p.m. The Parties have reached a tentative settlement and anticipate filing dismissal paperwork soon. The additional time is needed for individual Plaintiffs to sign the settlement agreement. As such, the Parties request that the Court continue the status conference up to and including September 8, 2023 to enable the Parties to file the aforementioned dismissal paperwork.

| | |
|---|---|
| ANDRÉS OSWALDO BOLLAT VASQUEZ, et al.,<br><br>By Their Attorneys,<br><br>/s/ *Adriana Lafaille*<br>Adriana Lafaille (BBO #680210)<br>American Civil Liberties Union<br>Foundation of Massachusetts, Inc.<br>211 Congress Street | Respectfully submitted,<br><br>JOSHUA S. LEVY<br>Acting United States Attorney<br><br>By: /s/ *Rayford A. Farquhar*<br>Rayford A. Farquhar<br>Assistant United States Attorney<br>United States Attorney's Office<br>John J. Moakley U.S. Courthouse |

Boston, MA 02110
(617) 482-3170
alafaille@aclum.org

1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
Rayford.Farquhar@usdoj.gov

Adam J. Kessel (BBO #661311)
Fish & Richardson P.C.
ONE Marina Park Drive
Boston, MA 02110
(617) 368-2180
kessel@fr.com

Kenton W. Freeman, Jr. (BBO #690911)
Bobby Hampton (BBO #703472)
Fish & Richardson P.C.
1000 Maine Avenue SW
Washington, DC 20024
 (202) 626-6427